■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUDLEY HARRIS, Appellant. [922 NYS2d 219]—Motion for reargument and for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. PACE, Appellant. [922 NYS2d 219]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. LUNDERMAN, Appellant. [922 NYS2d 219]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND T. TOWNSEND, Appellant. [922 NYS2d 219]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GUTIERREZ, Appellant. [922 NYS2d 219]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto and Lindley, JJ.

■ THOMAS E. DOMBROWSKI, Appellant, v RAYMOND W. BULSON, Respondent. [922 NYS2d 219]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Peradotto, Lindley and Sconiers, JJ.

■ HAHN AUTOMOTIVE WAREHOUSE, INC., Appellant-Respondent, v AMERICAN ZURICH INSURANCE COMPANY et al., Respondents-Appellants. [921 NYS2d 593]—Motion for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NACHE AFRIKA, Appellant. [922 NYS2d 219]—Motion for reargument denied. Present—Smith, J.P., Centra, Fahey and Peradotto, JJ.

■ In the Matter of the Arbitration between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., IAFF LOCAL 282, Respondent, and CITY OF BUFFALO, Appellant. [922 NYS2d 219]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Lindley and Gorski, JJ.